**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: MCPHILLIPS, THOMAS D. | § | Case No. 09-73874 |
| MCPHILLIPS, SHIRLEY J. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $228,627.67 *(without deducting any secured claims)* | Assets Exempt: $43,100.00 |
| Total Distribution to Claimants: $2,902.81 | Claims Discharged Without Payment: $73,196.21 |
| Total Expenses of Administration: $2,249.00 | |

3) Total gross receipts of $ 7,501.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,350.00 (see **Exhibit 2**), yielded net receipts of $5,151.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $87,507.10 | $90,059.17 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,249.00 | 2,249.00 | 2,249.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,269.96 | 67,240.10 | 67,240.10 | 2,902.81 |
| **TOTAL DISBURSEMENTS** | $159,777.06 | $159,548.27 | $69,489.10 | $5,151.81 |

    4) This case was originally filed under Chapter 7 on September 10, 2009. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2011           By: /s/MEGAN G. HEEG
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other personal property of any kind | 1129-000 | 7,500.00 |
| Interest Income | 1270-000 | 1.81 |
| **TOTAL GROSS RECEIPTS** | | **$7,501.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shirley McPhilips | exemption | 8100-002 | 2,350.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,350.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Wells Fargo Financial Illinois Inc | 4110-000 | 87,507.10 | 90,059.17 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$87,507.10** | **$90,059.17** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,265.18 | 1,265.18 | 1,265.18 |
| MEGAN G. HEEG | 2200-000 | N/A | 6.32 | 6.32 | 6.32 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 890.00 | 890.00 | 890.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 87.50 | 87.50 | 87.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,249.00 | 2,249.00 | 2,249.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 5,498.64 | 5,718.41 | 5,718.41 | 246.87 |
| 2 | American Express Centurion Bank | 7100-000 | 2,194.14 | 2,316.95 | 2,316.95 | 100.02 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 27,688.50 | 27,688.50 | 27,688.50 | 1,195.34 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 6,790.68 | 7,005.01 | 7,005.01 | 302.41 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,916.01 | 2,916.01 | 125.89 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 21,239.08 | 21,595.22 | 21,595.22 | 932.28 |
| NOTFILED | Sears Credit Cards | 7100-000 | 2,806.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB | 7100-000 | 961.21 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial Cards | 7100-000 | 5,091.71 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 72,269.96 | 67,240.10 | 67,240.10 | 2,902.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73874  
**Case Name:** MCPHILLIPS, THOMAS D.  
MCPHILLIPS, SHIRLEY J.  
**Period Ending:** 01/24/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/10/09 (f)  
**§341(a) Meeting Date:** 10/16/09  
**Claims Bar Date:** 01/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 603 No. 6th Street, Oregon, IL | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 80.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, art, antiques and collectibles | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | 132,585.29 | 0.00 | DA | 0.00 | FA |
| 10 | IRA, ERISA, Keogh, pension, profit sharing plan | 23,112.38 | 0.00 | DA | 0.00 | FA |
| 11 | Autos, trucks, trailers, other vehicles, access. | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Autos, trucks, trailers, other vehicles, access. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Other personal property of any kind | 15,000.00 | 0.00 | | 7,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.81 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$243,627.67** | **$0.00** | | **$7,501.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2010     **Current Projected Date Of Final Report (TFR):**     October 5, 2010  (Actual)

Printed: 01/24/2011 02:38 PM     V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73874  
**Case Name:** MCPHILLIPS, THOMAS D.  
MCPHILLIPS, SHIRLEY J.  
**Taxpayer ID #:** **-***3612  
**Period Ending:** 01/24/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/10 | {13} | Brian Grover | Shirley McPhillips interest in Trust | 1129-000 | 7,500.00 | | 7,500.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 7,500.25 |
| 05/18/10 | 1001 | Shirley McPhilips | exemption | 8100-002 | | 2,350.00 | 5,150.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 5,150.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 5,151.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.34 | | 5,151.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,151.77 |
| 09/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 5,151.81 |
| 09/29/10 | | To Account #9200******4466 | prepare final report | 9999-000 | | 5,151.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,501.81 | 7,501.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,151.81 | |
| | | | **Subtotal** | | 7,501.81 | 2,350.00 | |
| | | | Less: Payments to Debtors | | | 2,350.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,501.81** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-73874 | **Trustee:** | MEGAN G. HEEG (330490) | |
| **Case Name:** | MCPHILLIPS, THOMAS D. | **Bank Name:** | The Bank of New York Mellon | |
| | MCPHILLIPS, SHIRLEY J. | **Account:** | 9200-******44-66 - Checking Account | |
| **Taxpayer ID #:** | **-***3612 | **Blanket Bond:** | $1,500,000.00 (per case limit) | |
| **Period Ending:** | 01/24/11 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/10 | | From Account #9200******4465 | prepare final report | 9999-000 | 5,151.81 | | 5,151.81 |
| 12/07/10 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $890.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 890.00 | 4,261.81 |
| 12/07/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $87.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 87.50 | 4,174.31 |
| 12/07/10 | 103 | DISCOVER BANK | Dividend paid 4.31% on $5,718.41; Claim# 1; Filed: $5,718.41; Reference: | 7100-000 | | 246.87 | 3,927.44 |
| 12/07/10 | 104 | American Express Centurion Bank | Dividend paid 4.31% on $2,316.95; Claim# 2; Filed: $2,316.95; Reference: | 7100-000 | | 100.02 | 3,827.42 |
| 12/07/10 | 105 | Chase Bank USA, N.A. | Dividend paid 4.31% on $27,688.50; Claim# 3; Filed: $27,688.50; Reference: | 7100-000 | | 1,195.34 | 2,632.08 |
| 12/07/10 | 106 | Chase Bank USA, N.A. | Dividend paid 4.31% on $7,005.01; Claim# 4; Filed: $7,005.01; Reference: | 7100-000 | | 302.41 | 2,329.67 |
| 12/07/10 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 4.31% on $2,916.01; Claim# 5; Filed: $2,916.01; Reference: | 7100-000 | | 125.89 | 2,203.78 |
| 12/07/10 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 4.31% on $21,595.22; Claim# 7; Filed: $21,595.22; Reference: | 7100-000 | | 932.28 | 1,271.50 |
| 12/07/10 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,271.50 | 0.00 |
| | | | Dividend paid 100.00% on $1,265.18;  Claim# ; Filed: $1,265.18         1,265.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $6.32;  Claim# ; Filed: $6.32         6.32 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,151.81 | 5,151.81 | **$0.00** |
| | | | Less: Bank Transfers | | 5,151.81 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,151.81** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,151.81** | |

{} Asset reference(s)                                                                                                                                Printed: 01/24/2011 02:38 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-73874 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | MCPHILLIPS, THOMAS D. | | **Bank Name:** | The Bank of New York Mellon |
| | MCPHILLIPS, SHIRLEY J. | | **Account:** | 9200-******44-66 - Checking Account |
| **Taxpayer ID #:** | **-***3612 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/24/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******44-65** | 7,501.81 | 0.00 | 0.00 |
| **Checking # 9200-******44-66** | 0.00 | 5,151.81 | 0.00 |
| | $7,501.81 | $5,151.81 | $0.00 |